NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**GARY G. SPARTOS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

2010-7094

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1698, Judge Bruce E. Kasold.

## ON MOTION

## ORDER

Gary G. Spartos, moves for a 45-day extension of time, until November 1, 2010, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

For The Court

SEP 2 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     L. Misha Preheim, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 0 2010

**JAN HORBALY**
**CLERK**